IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DERRICK HALE,

          Plaintiff,

       vs.                                       Civil Case No. 13-2650

COMMUNITY HEALTH CENTER OF
SOUTHEAST KANSAS, INC.;
BRENDA BRENNAN, ARNP;
VIA CHRISTI HOSPITAL PITTSBURG, INC.;
and TIMOTHY D. STEBBINS, MD,

          Defendants.

## NOTICE OF REMOVAL

The United States of America files this Notice of Removal of the hereinafter mentioned action from the District Court of Crawford County, Kansas, Case No. 13 CV 100P, to the United States District Court for the District of Kansas pursuant to 28 U.S.C. §§ 1346(b)(1); 1441(a); 1446(a); 2679(d)(2); and 42 U.S.C. § 233(a) and (c).

1.      The United States of America removes this action by authority of the Attorney General of the United States.

2.      Community Health Center of Southeast Kansas, Inc. ("CHC of SEK") and Brenda Brennan, ARNP, have been named as defendants in a civil action pending in the District Court of Crawford County, Kansas, captioned *Derrick Hale v. Community Health Center of Southeast Kansas, Inc., Brenda Brennan, ARNP, Via Christi Hospital Pittsburg, Inc., and Timothy D. Stebbins, MD*, and numbered 13 CV 100P.

3. A copy of the Petition is attached hereto, marked as Exhibit A, and incorporated as a part of this Notice by reference.

4. Pursuant to the Federal Supported Health Centers Assistance Act of 1995, ("FSHCAA" or "the Act"), codified at 42 U.S.C. § 233, the remedy against the United States provided by sections 1346(b) and 2672 of Title 28 for damage for personal injury, including death, resulting from the performance of medical, surgical, dental and related functions by any employee of the Public Health Service is exclusive of any other civil action or proceeding against the employee whose act or omission gave rise to the claim. This "FTCA" coverage is applicable to deemed entities and their officers, governing board members, employees, and contractors who are physicians or other licensed or certified health care practitioners.

5. CHC of SEK has been deemed to be an entity of the Federal Government for the purposes of the Act and at the times relevant to Plaintiff's Petition, Brenda Brennan, ARNP was an employee of CHC of SEK determined to be acting within the scope of her employment.

6. The United States Attorney for the District of Kansas, Barry R. Grissom has certified that Brenda Brennan, ARNP was acting within the course and scope of her employment at all times relevant to the allegations in Plaintiff's Petition. Exhibit B. Pursuant to 28 C.F.R. § 15.3, the Attorney General has delegated to the United States Attorney, the authority to make such certification.

7. 28 U.S.C. § 2679, as amended by the Federal Employee Liability Reform and Tort Compensation Act of 1988 and 42 U.S.C. § 233(a) provide that the remedies provided by 28 U.S.C. § 1346(b) and 2672 of title 28 shall be the exclusive remedy for injury or loss of property arising from actions taken by federal employees (including employees of the Public Health Service) within the scope of their employment. When a claim for injury or loss of property is based upon the action

of an employee taken with the scope of his or her employment, a claim against the individual is precluded and the sole remedy, if any, lies against the United States.

8.   The United States, pursuant to Title 28 U.S.C. §§ 1441 and 1446(d), has the right, at its election and without bond, to remove said action from the District Court of Crawford County, Kansas, to the United States District Court for the District of Kansas and does elect to remove said action.

WHEREFORE, the United States of America, respectfully submits notice that Case No. 13 CV 100P, pending in the District Court of Crawford County, Kansas, is hereby removed from that Court to the United States District Court for the District of Kansas.

    Respectfully submitted,

    BARRY R. GRISSOM
    United States Attorney
    District of Kansas

    s/ T.G. Luedke
    T.G. LUEDKE
    Assistant United States Attorney
    Ks. S.Ct. No. 12788
    Federal Building, Suite 290
    444 S.E. Quincy Street
    Topeka, Kansas   66683-3592
    Telephone:  (785) 295-2850
    Facsimile:  (785) 295-2853
    E-mail: tom.luedke@usdoj.gov
    Attorneys for the CHC of SEK and Brennan