FILED

13 OCT 25 P3:49

IN THE DISTRICT COURT OF CRAWFORD COUNTY, KANSAS

**DERRICK HALE**
    *Plaintiff,*

vs.

Case No. 13CV100-P

**COMMUNITY HEALTH CENTER**
**OF SOUTHEAST KANSAS, INC.** and
**BRENDA BRENNAN, A.R.N.P.** and
**VIA CHRISTI HOSPITAL PITTSBURG, INC.** and
**TIMOTHY D. STEBBINS, M.D.**
    *Defendants.*

Pursuant to K.S.A. Chapter 60

### PETITION

COMES NOW Derrick Hale, and for his cause of action against the above-named Defendants, states and alleges as follows:

### GENERAL ALLEGATIONS APPLICABLE TO ALL COUNTS

1. Plaintiff, Derrick Hale, is a resident of Crawford County, Kansas.

2. That the Defendant, Community Health Center of Southeast Kansas, Inc. (hereinafter "Community Health Center"), is a corporation authorized to do business, and is doing business in the State of Kansas, and may be served with process herein by serving its Resident Agent, Krista Postai, 3011 N. Michigan Street, Pittsburg, Kansas 66762.

3. That Defendant, Brenda Brennan, is a resident of Crawford County, KS, whose correct address is 2303 E 20th St, Pittsburg, KS 66762.

4. That the Defendant, Via Christi Hospital Pittsburg, Inc. (hereinafter "Via Christi"), is a corporation authorized to do business, and is doing business in the State of Kansas,

1

and may be served with process herein by serving its Resident Agent, Randall R. Cason, 1102 E. Centennial, Pittsburg, Kansas 66762.

5. That Defendant, Timothy D. Stebbins, M.D., is a resident of Crawford County, KS, whose correct address is 104 Twin Acres, Pittsburg, KS 66762.

## COUNT I

COMES NOW Derrick Hale, and for Count I of his cause of action against Defendants, Community Health Center of Southeast Kansas, Inc., and Brenda Brennan, A.R.N.P., states and alleges as follows:

6. Plaintiff, Derrick Hale, incorporates paragraphs 1 through 5 as though fully set forth herein.

7. That at all times pertinent hereto, Defendant, Community Health Center, operated a medical care facility at 3011 N. Michigan Street, Pittsburg, Kansas 66762, through its agents and employees, and therefore, Defendant, Community Health Center, would be liable for the negligence of its agents and employees, including but not limited to, Defendant, Brenda Brennan, ARNP, under the theory of *respondeat superior*.

8. That at all times pertinent Defendant, Brenda Brennan, ARNP, undertook the duty to provide care to Derrick Hale, including, but not limited to, taking reasonable and prudent measures, and those required by the standard of care for Advanced Registered Nurse Practitioners, to prevent injuries and harm to patients.

9. That on or around November 1, 2011, Defendant, Brenda Brennan, ARNP, negligently and carelessly failed to diagnose, treat, or refer Plaintiff, Derrick Hale, for an existing and progressive life threatening condition, colon cancer, thereby causing serious personal injuries and harm to the Plaintiff.

10. That the injuries and harm to Plaintiff, Derrick Hale, resulted from, Defendant, Brenda Brennan's breach of her duty to Plaintiff, Derrick Hale, to exercise that degree of learning and skill ordinarily possessed and used by members of her profession in the community in which she practices, or in similar communities, and under like circumstances. Further, Defendant, Brenda Brennan, ARNP, failed to exercise ordinary care and diligence.

11. That without limiting a general allegation of negligence on behalf of the Defendants, Community Health Center and Brenda Brennan, ARNP, the Plaintiff specifically alleges that said Defendant was negligent in the following particulars:

   a. Failure to properly diagnosis, treat, or refer the Plaintiff, even though Plaintiff presented with significant and serious medical symptoms;

   b. In allowing the Plaintiff's colon cancer to progress through lack of treatment;

   c. In failing to properly advise a physician in a timely manner of the Plaintiff's medical symptoms once she had been advised so as to allow for timely treatment and intervention;

   d. In denying Plaintiff reasonably necessary medical care and diagnostic testing.

12. That as a result of the aforesaid negligence and substandard care of Defendants, the Plaintiff, Derrick Hale, has sustained damages for pain and suffering, mental anguish, temporary and permanent disability, medical expenses, loss of income and earning capacity, and other losses, and he will in the future sustain further damages for pain and suffering, mental anguish, temporary and permanent disability, medical expenses, loss of income and earning capacity, and other losses.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, in an amount in excess of $75,000, for his costs, and for such other and further relief as the Court deems just and equitable.

## COUNT II

COMES NOW Derrick Hale, and for Count II of his cause of action against Defendant, Via Christi Hospital Pittsburg, Inc. states and alleges as follows:

13. Plaintiff, Derrick Hale, incorporates paragraphs 1 through 12 as though fully set forth herein.

14. That at all times pertinent hereto, Defendant, Via Christi, operated a hospital at 1 Mt. Carmel Way, Pittsburg, KS 66762, through its agents and employees, and therefore, Defendant, Via Christi, will be liable for negligence of its agents and employees under the theory of *respondeat superior*.

15. At all times pertinent hereto, Defendant, Via Christi, undertook the duty to provide care to Derek Hale, including, but not limited to, taking reasonable and prudent measures, and those required by the standard of care for hospitals, to prevent injuries and harm to patients.

16. That on or around November 1, 2011, Defendant, Via Christi, negligently and carelessly failed to diagnose, treat or refer plaintiff, Derek Hale, for existing and progressive life-threatening condition, colon cancer, thereby causing serious personal injuries and harm to the Plaintiff.

17. That the injuries and harm the Plaintiff, Derek Hale, resulted from Defendant, Via Christi's breach of duty to Plaintiff, Derek Hale, to exercise that degree of reasonable care, skill, and diligence used by hospitals in same or similar communities and circumstances. Further, defendant, Via Christi, failed exercise ordinary care and diligence.

18. That without limiting a general allegation of negligence on behalf of the Defendant, Via Christi, the Plaintiff specifically alleges that said Defendant was negligent in the following particulars:

    a.    Failure to properly diagnosis, treat, or refer the Plaintiff, even though Plaintiff presented with significant and serious medical symptoms;

    b.    In allowing the Plaintiff's colon cancer to progress through lack of treatment or referral;

    c.    In failing to properly advise a physician in a timely manner of the Plaintiff's medical symptoms once she had been advised so as to allow for timely treatment and intervention;

    d.    In denying Plaintiff reasonably necessary medical care and diagnostic testing.

19.    That as a result of the aforesaid negligence and substandard care of Defendants, the Plaintiff, Derrick Hale, has sustained damages for pain and suffering, mental anguish, temporary and permanent disability, medical expenses, loss of income and earning capacity, and other losses, and he will in the future sustain further damages for pain and suffering, mental anguish, temporary and permanent disability, medical expenses, loss of income and earning capacity, and other losses.

WHEREFORE, Plaintiff prays for judgment against the Defendant, in an amount in excess of $75,000, for his costs, and for such other and further relief as the Court deems just and equitable.

### COUNT III

COMES NOW Derrick Hale, and for Count II of his cause of action against Defendant, Timothy D. Stebbins, M.D. states and alleges as follows:

20.    Plaintiff, Derrick Hale, incorporates paragraphs 1 through 18 as though fully set forth herein.

21. That at all times pertinent hereto, defendant, Timothy D. Stebbins M.D., undertook the duty to provide care to Derek Hale, including, but not limited to, taking reasonable and prudent measures, and those required by the standard of care for emergency room physicians, to prevent injuries and harm patients.

22. That on or around November 1, 2011, Defendant, Timothy D. Stebbins M.D., negligently and carelessly failed to diagnose, treat, or refer Plaintiff, Derrick Hale, for an existing and progressive life threatening condition, colon cancer, thereby causing serious personal injuries and harm to the Plaintiff.

23. That the injuries and harm to Plaintiff, Derrick Hale, resulted from, Defendant, Timothy D. Stebbins M.D.'s breach of his duty to Plaintiff, Derrick Hale, to exercise that degree of learning and skill ordinarily possessed and used by members of his profession in the community in which he practices, or in similar communities, and under like circumstances. Further, Defendant, Timothy D. Stebbins M.D., failed to exercise ordinary care and diligence.

24. That without limiting a general allegation of negligence on behalf of the Defendants, Via Christi and Timothy D. Stebbins M.D., the Plaintiff specifically alleges that said Defendants were negligent in the following particulars:

   a. Failure to properly diagnosis, treat, or refer the Plaintiff, even though Plaintiff presented with significant and serious medical symptoms;

   b. In allowing the Plaintiff's colon cancer to progress through lack of treatment or referral;

   c. In denying Plaintiff reasonably necessary medical care and diagnostic testing.

25. That as a result of the aforesaid negligence and substandard care of Defendants, the Plaintiff, Derrick Hale, has sustained damages for pain and suffering, mental anguish, temporary and permanent disability, medical expenses, loss of income and earning capacity, and

6

other losses, and he will in the future sustain further damages for pain and suffering, mental anguish, temporary and permanent disability, medical expenses, loss of income and earning capacity, and other losses.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, in an amount in excess of $75,000, for his costs, and for such other and further relief as the Court deems just and equitable.

PATRICK C. SMITH, LLC

By *[signature]*
Patrick C. Smith #13548

P. O. Box 1328
Pittsburg, Kansas  66762
(620) 308-6692
Attorney for Plaintiff

### DEMAND FOR JURY TRIAL

It is the request and demand of the Plaintiff that he be granted a jury trial consisting of twelve (12) persons in the determination of this matter in controversy.

*[signature]*

Patrick C. Smith #13548