IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

DERRICK HALE,

                       Plaintiff

vs.                                              Case No. 13-2650-JAR-KGG

UNITED STATES OF AMERICA [as Defendant substituted for COMMUNITY HEALTH CENTER OF SOUTHEAST KANSAS, INC. and BRENDA BRENNAN, ARNP]; VIA CHRISTI HOSPITAL PITTSBURG, INC.; And TIMOTHY D. STEBBINS, MD,

                       Defendants.

### STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

The undersigned parties hereto stipulate that the above-captioned case should be dismissed without prejudice. Plaintiff appears by and through his attorney, Patrick C. Smith. Defendant United States of America appears by and through Barry R. Grissom, United States Attorney for the District of Kansas, and T.G. Luedke, Assistant United States Attorney. Defendant Via Christi Hospital Pittsurg, Inc. appears by and through its attorneys, Tracie R. England and Don D. Gribble. Defendant Timothy D. Stebbins, MD appears by and through his attorney Brian J. Nicewanger.

The parties stipulate that the above-captioned case should be dismissed, without prejudice, and with the right of Plaintiff to refile within the six month saving statute.

   s/ Patrick C. Smith
PATRICK C. SMITH #13548
Patrick C. Smith, LLC
708 N. Locust, Ste. B
P. O. Box 1328
Pittsburg, Kansas  66762
(620) 308-6692
pat@pcs-law.com
Attorney for Plaintiff, Derrick Hale


BARRY R. GRISSOM
United States Attorney
District of Kansas

   s/ T.G.Luedke
T.G. LUEDKE #12788
Assistant United States Attorney
Federal Building, Suite 290
444 S.E. Quincy Street
Topeka, KS 66683
(785) 295-2850
tom.luedke@usdoj.gov
Attorney for Defendant, United States


   s/ Brian J. Niceswanger
BRIAN NICESWANGER #12531
McDowell, Rice, Smith & Buchanan P.C.
605 West 47th Street, Suite 350
Kansas City, MO 64112
(816) 753-5400
bjn@mcdowellrice.com
Attorney for Defendant, Timothy D. Stebbins, M.D.


   s/ Tracie R. England
TRACIE R. ENGLAND #20297
Hite, Fanning & Honeyman L.L.P.
100 N. Broadway, Ste. 950
Wichita, KS 67202-2209
(316) 265-7741
england@hitefanning.com
Attorney for Defendant, Via Christi Hospital Pittsburg, Inc.